UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK L. GUNKEL,<br><br>    Plaintiff,<br><br>    v.<br><br>HACKNEY, DONALD D.;<br>HACKNEY & CARROLL,<br><br>    Defendants. | NO.  CV-04-464-RHW<br><br>**ORDER DISMISSING CASE WITH PREJUDICE AND CLOSING FILE** |

Before the Court is the parties' Stipulated Motion for Dismissal with Prejudice (Ct. Rec. 16). Plaintiff is appearing *pro se.* J. Gregory Lockwood represents Defendants. This matter was heard without oral argument.

The parties have agreed to dismissal with prejudice. The matter has been settled between the parties.

Accordingly, **IT IS HEREBY ORDERED** that all claims of Plaintiff against Defendant shall be **DISMISSED** with prejudice.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order, furnish copies to the parties, and close the file.

**DATED** this 9th day of August, 2005.

                    s/ ROBERT H. WHALEY
                    United States District Judge

Q:\CIVIL\2004\Gunkel\Gunkel.dismiss.ord.wpd

**ORDER DISMISSING CASE AND CLOSING FILE** * 1